IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN PFISTER, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION, d/b/a WABTEC CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-609<br>Judge William S. Stickman |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LCvR 7.1 of the Western District of Pennsylvania, Defendant Westinghouse Air Brake Technologies Corporation, d/b/a Wabtec Corporation ("Wabtec"), by and through undersigned counsel, states as follows: (1) Wabtec is a publicly traded corporation on the NYSE under the symbol WAB; (2) Wabtec does not have a parent corporation; (3) no publicly traded corporation owns more than 10% of Wabtec's stock; and (4) The Vanguard Group owns 10.83% of Wabtec's stock.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), undersigned counsel certifies that Wabtec is a Delaware corporation with its principal place of business in Pittsburgh, Pennsylvania.[1]

---

[1] By filing this required disclosure statement, Wabtec does not waive any rights or defenses, including but not limited to dispositive defenses under Federal Rules of Civil Procedure 8 and 12 and any state or federal statute, or the arbitrability of some or all of the claims.

Dated: April 14, 2023

Respectfully submitted,

/s/ *Rebekah B. Kcehowski*
Rebekah B. Kcehowski
Connor J. Baer
JONES DAY
500 Grant St., Suite 4500
Pittsburgh, PA 15219
T: (412) 391-3939
F: (412) 394-7959
rbkcehowski@jonesday.com
cbaer@jonesday.com

*Counsel for Wabtec*